United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darren Price  
     Debtor

Case No. 19-16173-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 29, 2020  
Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
db      +Darren Price,   750 Kentwood Street,   Philadelphia, PA 19116-3622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com  
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Darren  Price bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Darren Price
        Debtor(s)　　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 19−16173−elf
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 28th day of April 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　　Eric L. Frank
　　　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　37 − 29
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155