# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**DARREN PRICE**

                                    **Chapter 13**

**Debtor**                                    **Case No. 19-16173**

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Darren Price in the above referenced Chapter 13 case.

                                      BY: /s/  Stephen Dunne
                                          STEPHEN DUNNE, ESQUIRE
                                          1515 Market Street, Ste. 1200
                                          Philadelphia, PA  19102

      Kindly enter my appearance on behalf of Darren Price in the above referenced Chapter 13 case.

                                            BY:/s/ Vladislav Kachka
                                          VLADISLAV KACHKA
                                          SPEAR WILDERMAN, P.C.
                                          230 S. Broad Street, Ste. 1400
                                          Philadelphia, PA  19102
                                          (215) 732-0101
                                          (215) 732-7790
                                          vkachka@spearwilderman. com