IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **DARREN PRICE, SR.** | : | |
| | : | |
| **Debtor.** | : | Case No. 19-16173-elf |

_____

# WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of Darren Price, Sr. and DELETE the following two ECF email addresses associated with this matter:

> **bestcasestephen@gmail.com**

> **dunnesr74587@notify.bestcase.com**

Date: March 1, 2021         BY: /s/ *Stephen M. Dunne*
                            Stephen M. Dunne, Esquire
                            Dunne Law Offices, P.C.
                            1515 Market Street, Suite. 1200
                            Philadelphia, PA  19102
                            (215) 551-7109 Phone
                            (215) 525-9721 Fax