# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darren Price<br>　　　　　　Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　v.<br>Darren Price<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 19-16173 ELF |

## ORDER

AND NOW, this 23rd day of April, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 26, 2021 it is hereby **ORDERED** that:

the automatic stay under 11 U.S.C. Sections 362 and 1301 is **MODIFIED** to allow U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 750 Kentwood Street Philadelphia, PA 19116.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**