United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Darren Price  
    Debtor

Case No. 19-16173-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 77 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darren Price, 750 Kentwood Street, Philadelphia, PA 19116-3622 |
| 14397802 | + | AMERICAN EDUCATION SERVICES, POB 2461, HARRISBURG, PA 17105-2461 |
| 14397799 | + | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBIURG, PA 17105-2461 |
| 14397800 | + | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14397801 | + | AMERICAN EDUCATION SERVICES, POB 61047, HARRISBURG, PA 17106-1047 |
| 14397808 | + | AMERICAN HERITAGE FEDERAL CREDIT UNION, 3110 GRANT AVE, PHILADELPHIA, PA 19114-2542 |
| 14397812 | + | CITIFINANCIAL, ATTN: BANKRUPTCY, 605 MUNN ROAD, FORT MILL, SC 29715-8421 |
| 14404980 | + | David Spilka, 7052 -56 Frankford Avenue, Philadelphia, PA 19135-1617 |
| 14404981 | + | Debt Litigation Specialists, Law Offices, 8001 Castor Avenue, Philadelphia, PA 19152-2742 |
| 14477199 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14397818 | + | HUNTINGDON VALLEY BANK, 2617 HUNTINGDON PIKE, HUNTINGDON VALLEY, PA 19006-5199 |
| 14404983 | + | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14404984 | + | IC System, Inc., PO BOX 64378, Saint Paul, MN 55164-0378 |
| 14404989 | + | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14397820 | + | LINOLN AUTOMOTIVE FINANCIAL SERVICES, PO BOX BOX 542000, OMAHA, NE 68154-8000 |
| 14397819 | + | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 14397821 | + | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14405008 | + | NE450 Northeastern Title Loans, LLC, 103 Naaamans Road, Claymont, DE 19703-2713 |
| 14405018 | + | PGW, Credit and Collections Department, 800 W. Montgomery Ave., 3rd Floor, Philadelphia, PA 19122-2806 |
| 14405021 | + | PGW, PO BOX 11700, Newark, NJ 07101-4700 |
| 14405020 | + | PGW, PO BOX 3500, Philadelphia, PA 19122-0500 |
| 14405022 | + | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14405023 | + | PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14405024 | + | PHEAA, PO BOX 1463, Harrisburg, PA 17105-1463 |
| 14397841 | + | PHEAA/HCB, ATTN: BANKRUPTCY, 1200 N 7TH ST, 3RD FLOOR, HARRISBURG, PA 17102-1444 |
| 14397842 | + | PHEAA/HCB, POB 61017, HARRISBURG, PA 17106-1017 |
| 14405014 | + | Penn Credit, PO BOX 1259, Department 91047, Oaks, PA 19456-1259 |
| 14405017 | + | Pennsylvania Housing Finance Agency, PO BOX 13280, Philadelphia, PA 19101-3280 |
| 14397853 | + | TRIDENT ASSET MANAGEMENT, 10375 OLD ALABAMA ROAD CO, ALPHARETTA, GA 30022-1122 |
| 14397851 | + | TRIDENT ASSET MANAGEMENT, ATTN: BANKRUPTCY, PO BOX 888424, ATLANTA, GA 30356-0424 |
| 14397855 | + | TROJAN PROFESSIONAL SRVS, P.O. BOX 1270, LOS ALAMITOS, CA 90720-1270 |
| 14405037 | + | The Law Offices of John P. Frye, P.C., PO BOX 13665, Roanoke, VA 24036-3665 |
| 14448513 | + | U.S. Bank National Association, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 10 2021 01:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2021 01:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 19-16173-elf    Doc 72    Filed 06/11/21    Entered 06/12/21 00:51:39    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 77 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 10 2021 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14397797 | + | Email/Text: bankruptcy@rentacenter.com | Jun 10 2021 01:56:00 | ACCEPTANCE NOW, ATTN: BANKRUPTCY, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 14397798 | + | Email/Text: bankruptcy@rentacenter.com | Jun 10 2021 01:56:00 | ACCEPTANCE NOW, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 14397803 | + | Email/PDF: cbp@onemainfinancial.com | Jun 10 2021 01:18:46 | AMERICAN GENERAL FINANCIAL/SPRINGLEAF FI, ATTENTION: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14397804 | + | Email/PDF: cbp@onemainfinancial.com | Jun 10 2021 01:18:47 | AMERICAN GENERAL FINANCIAL/SPRINGLEAF FI, PO BOX 28356, PHILADELPHIA, PA 19149-0356 |
| 14397806 | + | Email/Text: broman@amhfcu.org | Jun 10 2021 01:56:00 | AMERICAN HERITAGE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 2060 RED LION ROAD, PHILADELPHIA, PA 19115-1699 |
| 14397811 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 10 2021 02:12:15 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 14397810 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 10 2021 02:11:08 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14397814 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2021 01:16:06 | CITIFINANCIAL, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14455092 | | Email/Text: megan.harper@phila.gov | Jun 10 2021 01:56:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14397816 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2021 01:56:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 14397817 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2021 01:56:00 | CREDIT COLLECTION SERVICES, PO BOX 607, NORWOOD, MA 02062-0607 |
| 14404974 | + | Email/Text: bankruptcy@philapark.org | Jun 10 2021 01:56:00 | City of Philadelphia, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14404975 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 10 2021 01:56:00 | Convergent Oursourcing, Inc, 10750 Hammerly Blvd, Suite 200, Houston, TX 77043-2317 |
| 14404976 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 10 2021 01:56:00 | Convergent Outsourcing, Inc., PO BOX 9004, Renton, WA 98057-9004 |
| 14404978 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2021 01:56:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14404985 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2021 01:55:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14397828 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 10 2021 01:56:16 | NAVY FCU, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14397827 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 10 2021 01:56:12 | NAVY FCU, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14397829 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 10 2021 01:56:16 | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14397833 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 10 2021 01:56:16 | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14411965 | + | Email/PDF: cbp@onemainfinancial.com | Jun 10 2021 01:18:47 | ONEMAIN, P.O. Box 3251, Evansville, In. |

Case 19-16173-elf    Doc 72    Filed 06/11/21    Entered 06/12/21 00:51:39    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 77 |

| ID | | Delivery | Time | Recipient |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 14397837 | + | Email/PDF: cbp@onemainfinancial.com | Jun 10 2021 01:18:47 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14397838 | + | Email/PDF: cbp@onemainfinancial.com | Jun 10 2021 01:18:48 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 14405012 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 10 2021 01:55:00 | PECO, PO BOX 13439, Philadelphia, PA 19101-3439 |
| 14405013 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 10 2021 01:55:00 | PECO, PO BOX 37629, Philadelphia, PA 19101-0629 |
| 14405011 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 10 2021 01:55:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14397840 | + | Email/Text: blegal@phfa.org | Jun 10 2021 01:55:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 2101 N FRONT ST, HARRISBURG, PA 17110-1086 |
| 14397839 | | Email/Text: blegal@phfa.org | Jun 10 2021 01:55:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, ATTN: BANKRUPTCY, PO BOX 8029, HARRISBURG, PA 17105 |
| 14405027 | + | Email/Text: blegal@phfa.org | Jun 10 2021 01:55:00 | PHFA, 211 North Front Street, PO BOX 15057, Harrisburg, PA 17105-5057 |
| 14397843 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2021 01:18:51 | PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLD, VA 23502 |
| 14397844 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2021 01:16:04 | PORTFOLIO RECOVERY, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14405030 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2021 01:18:51 | PORTFOLIO RECOVERY ASSOCIATES LLC (P), ATTN: LEGAL/BANKRUPTCY DEPT., PO BOX 41067, NORFOLK, VA 23541-1067 |
| 14409696 | + | Email/Text: bankruptcy@philapark.org | Jun 10 2021 01:56:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14397846 | + | Email/Text: bankruptcy@sw-credit.com | Jun 10 2021 01:55:00 | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, CARROLLTON, TX 75007-1958 |
| 14397845 | + | Email/Text: bankruptcy@sw-credit.com | Jun 10 2021 01:55:00 | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, SUITE 1100, CARROLLTON, TX 75007-1958 |
| 14397847 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:18:47 | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14397849 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:16:01 | SYNCHRONY BANK/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 14448334 | + | Email/Text: blegal@phfa.org | Jun 10 2021 01:55:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14397856 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 10 2021 01:55:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 14397857 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 10 2021 01:55:00 | VERIZON, 500 TECHNOLOGY DR, WELDON SPRING, MO 63304-2225 |
| 14405045 | + | Email/Text: megan.harper@phila.gov | Jun 10 2021 01:56:00 | Water Revenue Bureau, 1401 JFK BLVD, Philadelphia, PA 19102-1663 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14404955 | *+ | ACCEPTANCE NOW, ATTN: BANKRUPTCY, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 14404956 | *+ | ACCEPTANCE NOW, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 14404958 | *+ | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14404957 | *+ | AMERICAN EDUCATION SERVICES, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBIURG, PA 17105-2461 |
| 14404960 | *+ | AMERICAN EDUCATION SERVICES, POB 2461, HARRISBURG, PA 17105-2461 |
| 14404959 | *+ | AMERICAN EDUCATION SERVICES, POB 61047, HARRISBURG, PA 17106-1047 |
| 14404961 | *+ | AMERICAN GENERAL FINANCIAL/SPRINGLEAF FI, ATTENTION: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14397805 | *+ | AMERICAN GENERAL FINANCIAL/SPRINGLEAF FI, PO BOX 28356, PHILADELPHIA, PA 19149-0356 |
| 14404962 | *+ | AMERICAN GENERAL FINANCIAL/SPRINGLEAF FI, PO BOX 28356, PHILADELPHIA, PA 19149-0356 |
| 14404963 | *+ | AMERICAN GENERAL FINANCIAL/SPRINGLEAF FI, PO BOX 28356, PHILADELPHIA, PA 19149-0356 |
| 14397809 | *+ | AMERICAN HERITAGE FEDERAL CREDIT UNION, 3110 GRANT AVE, PHILADELPHIA, PA 19114-2542 |
| 14404966 | *+ | AMERICAN HERITAGE FEDERAL CREDIT UNION, 3110 GRANT AVE, PHILADELPHIA, PA 19114-2542 |
| 14404967 | *+ | AMERICAN HERITAGE FEDERAL CREDIT UNION, 3110 GRANT AVE, PHILADELPHIA, PA 19114-2542 |
| 14397807 | *+ | AMERICAN HERITAGE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 2060 RED LION ROAD, PHILADELPHIA, PA 19115-1699 |
| 14404964 | *+ | AMERICAN HERITAGE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 2060 RED LION ROAD, PHILADELPHIA, PA 19115-1699 |
| 14404965 | *+ | AMERICAN HERITAGE FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 2060 RED LION ROAD, PHILADELPHIA, PA 19115-1699 |
| 14404969 | *+ | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 14404968 | *+ | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14397813 | *+ | CITIFINANCIAL, ATTN: BANKRUPTCY, 605 MUNN ROAD, FORT MILL, SC 29715-8421 |
| 14404970 | *+ | CITIFINANCIAL, ATTN: BANKRUPTCY, 605 MUNN ROAD, FORT MILL, SC 29715-8421 |
| 14404971 | *+ | CITIFINANCIAL, ATTN: BANKRUPTCY, 605 MUNN ROAD, FORT MILL, SC 29715-8421 |
| 14397815 | *+ | CITIFINANCIAL, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14404972 | *+ | CITIFINANCIAL, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14404973 | *+ | CITIFINANCIAL, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14404977 | *+ | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 14404979 | *+ | CREDIT COLLECTION SERVICES, PO BOX 607, NORWOOD, MA 02062-0607 |
| 14404982 | *+ | HUNTINGDON VALLEY BANK, 2617 HUNTINGDON PIKE, HUNTINGDON VALLEY, PA 19006-5199 |
| 14404986 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Federal Payment Levy Program, Stop 686, PO Box 57, Bensalem, PA 19020 |
| 14404988 | * | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14404987 | * | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14404991 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, PO BOX BOX 542000, OMAHA, NE 68154-8000 |
| 14404990 | *+ | LINOLN AUTOMOTIVE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 542000, OMAHA, NE 68154-8000 |
| 14404992 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14404993 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14404994 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14404995 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14404996 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14404997 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14397822 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14397823 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14397824 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14397825 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14397826 | *+ | METROPOLITAN SERVICE F, 700 ROBBINS AVE, PHILADELPHIA, PA 19111-5008 |
| 14404999 | *+ | NAVY FCU, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14404998 | *+ | NAVY FCU, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14405000 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14405001 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14405002 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14405003 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14397830 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |

Case 19-16173-elf    Doc 72    Filed 06/11/21    Entered 06/12/21 00:51:39    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 77 |

| | | |
|---|---|---|
| 14397831 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14397832 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14405004 | *+ | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14405005 | *+ | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14405006 | *+ | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14405007 | *+ | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14397834 | *+ | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14397835 | *+ | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14397836 | *+ | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14405009 | *+ | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14405010 | *+ | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 14405016 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, 2101 N FRONT ST, HARRISBURG, PA 17110-1086 |
| 14405015 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, PENNSYLVANIA HOUSING FINANCE AGENCY, ATTN: BANKRUPTCY, PO BOX 8029, HARRISBURG, PA 17105 |
| 14405019 | *+ | PGW, Credit and Collections Department, 800 W. Montgomery Ave., 3rd Floor, Philadelphia, PA 19122-2806 |
| 14414837 | *+ | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14405025 | *+ | PHEAA/HCB, ATTN: BANKRUPTCY, 1200 N 7TH ST, 3RD FLOOR, HARRISBURG, PA 17102-1444 |
| 14405026 | *+ | PHEAA/HCB, POB 61017, HARRISBURG, PA 17106-1017 |
| 14405028 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, ATTN: BANKRUPTCY, 120 CORPORATE BLVD, NORFOLD, VA 23502 |
| 14405029 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14405032 | *+ | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, CARROLLTON, TX 75007-1958 |
| 14405031 | *+ | SOUTHWEST CREDIT SYSTEMS, 4120 INTERNATIONAL PARKWAY, SUITE 1100, CARROLLTON, TX 75007-1958 |
| 14405033 | *+ | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14405034 | *+ | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14397848 | *+ | SYNCHRONY BANK/WALMART, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14405035 | *+ | SYNCHRONY BANK/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 14405036 | *+ | SYNCHRONY BANK/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 14397850 | *+ | SYNCHRONY BANK/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 14405038 | *+ | TRIDENT ASSET MANAGEMENT, ATTN: BANKRUPTCY, PO BOX 888424, ATLANTA, GA 30356-0424 |
| 14405039 | *+ | TRIDENT ASSET MANAGEMENT, ATTN: BANKRUPTCY, PO BOX 888424, ATLANTA, GA 30356-0424 |
| 14397852 | *+ | TRIDENT ASSET MANAGEMENT, ATTN: BANKRUPTCY, PO BOX 888424, ATLANTA, GA 30356-0424 |
| 14405040 | *+ | TRIDENT ASSET MANAGEMENT, 10375 OLD ALABAMA ROAD CO, ALPHARETTA, GA 30022-1122 |
| 14405041 | *+ | TRIDENT ASSET MANAGEMENT, 10375 OLD ALABAMA ROAD CO, ALPHARETTA, GA 30022-1122 |
| 14397854 | *+ | TRIDENT ASSET MANAGEMENT, 10375 OLD ALABAMA ROAD CO, ALPHARETTA, GA 30022-1122 |
| 14405042 | *+ | TROJAN PROFESSIONAL SRVS, P.O. BOX 1270, LOS ALAMITOS, CA 90720-1270 |
| 14405043 | *+ | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 14405044 | *+ | VERIZON, 500 TECHNOLOGY DR, WELDON SPRING, MO 63304-2225 |

TOTAL: 0 Undeliverable, 87 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021          Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 77 |

LEON P. HALLER
    on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VLADISLAV KACHKA
    on behalf of Debtor Darren Price vkachka@spearwilderman.com hbanks@spearwilderman.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
DARREN PRICE

Chapter 13

Debtor

Bankruptcy No. 19-16173-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 9, 2021**

Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
VLADISLAV KACHKA  
230 SOUTH BROAD ST., STE. 1400

PHILADELPHIA, PA 19102-

Debtor:  
DARREN PRICE

750 KENTWOOD STREET

PHILADELPHIA, PA 19116-