**Fill in this information to identify the case:**

Debtor 1    Darren Price

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-16173-elf

## Official Form 410S1
# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Pennsylvania Housing Finance Agency    Court claim no. (if known): 11

Last 4 digits of any number you use to
identify the debtor's account:    6   2   8   0

Date of payment change:
Must be at least 21 days after date
of this notice    12/01/2020

New total payment:    $    1,301.19
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
   the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:  $    474.08    New escrow payment:    $    421.27

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
   attached, explain why: _____

   _____

   Current interest rate:    _____%    New interest rate:    _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1    **Darren Price**
_____
First Name    Middle Name    Last Name

Case number *(if known)*  19-16173-elf
_____

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Leon P. Haller
_____
Signature

Date  10/20/2020
_____

Print:    **Leon P. Haller**
_____
First Name    Middle Name    Last Name

Title  **Bankruptcy Attorney**
_____

Company    **Purcell, Krug & Haller**
_____

Address    **1719 North Front Street**
_____
Number    Street

**Harrisburg**                    **PA**    **17102**
_____
City    State    ZIP Code

Contact phone  717-234-4178
_____

Email  lhaller@pkh.com
_____

---